```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 07 B 20452
    GEORGE M CRENSHAW JR
    SHARON D CRENSHAW                            CHAPTER 13

                                                 JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-9181    SSN XXX-XX-3052

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 11/01/2007 and was confirmed 01/28/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors 100.00%.

      The case was dismissed after confirmation 07/21/2008.
-------------------------------------------------------------------------------
 CREDITOR NAME              CLASS             CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                  PAID            PAID
-------------------------------------------------------------------------------
 PORTFOLIO RECOVERY ASSOC  UNSEC W/INTER      560.86              .00             .00
 PORTFOLIO RECOVERY ASSOC  UNSEC W/INTER      216.23              .00             .00
 LIGHTHOUSE FINANCIAL GRO  SECURED VEHIC     1364.68            33.28          141.30
 CITIMORTGAGE              CURRENT MORTG         .00              .00             .00
 ILLINOIS TITLE LOANS      SECURED VEHIC      302.97              .00          115.74
 RENT A CENTER             SECURED           3590.00            59.04          453.88
 ROGERS ENTERPRISES        SECURED           4498.00              .00          557.05
 AMSHER COLLECTION SERVIC  UNSEC W/INTER  NOT FILED               .00             .00
 ASSET ACCEPTANCE LLC      UNSEC W/INTER      170.93              .00             .00
 CITY OF CHICAGO PARKING   FILED LATE            .00              .00             .00
 COMMONWEALTH EDISON       UNSEC W/INTER      354.64              .00             .00
 HSBC BANK NEVADA NA       UNSEC W/INTER      350.04              .00             .00
 IL STATE DISBURSEMENT UN  UNSEC W/INTER  NOT FILED               .00             .00
 JP MORGAN CHASE/BANK ONE  UNSEC W/INTER  NOT FILED               .00             .00
 LIGHTHOUSE FINANCIAL GRO  UNSEC W/INTER  NOT FILED               .00             .00
 NATIONAL QUICK CASH #457  UNSEC W/INTER  NOT FILED               .00             .00
 NATIONAL QUICK CASH #457  UNSEC W/INTER  NOT FILED               .00             .00
 NCO MARLIN                UNSEC W/INTER  NOT FILED               .00             .00
 NICOR GAS                 UNSEC W/INTER      195.67              .00             .00
 WASHINGTON MUTUAL/PROVID  UNSEC W/INTER  NOT FILED               .00             .00
 ROGERS ENTERPRISES        UNSEC W/INTER         .85              .00             .00
 CITIMORTGAGE              SECURED NOT I         .00              .00             .00
 AMERICREDIT FINANCIAL SV  FILED LATE        1673.85              .00             .00
 ILLINOIS DEPT OF REVENUE  PRIORITY          1816.72              .00             .00
 ILLINOIS DEPT OF REVENUE  UNSECURED          322.80              .00             .00
 ERNESTO D BORGES JR       DEBTOR ATTY       3,000.00                          11.48
 TOM VAUGHN                TRUSTEE                                            113.23
 DEBTOR REFUND             REFUND                                                .00

      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS

                   PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 20452 GEORGE M CRENSHAW JR & SHARON D CRENSHAW
```

```
--------------------------------------------------------------------------------
TRUSTEE                                        1,485.00

PRIORITY                                                              .00
SECURED                                                          1,267.97
    INTEREST                                                        92.32
UNSECURED                                                             .00
ADMINISTRATIVE                                                      11.48
TRUSTEE COMPENSATION                                               113.23
DEBTOR REFUND                                                         .00
                                          ---------------   ---------------
TOTALS                                         1,485.00          1,485.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
   Dated: 10/23/08              _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```